IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEANGELO JACKSON,

Petitioner,

v.

No. 2:19-cv-02145-MSN-tmp

GRADY PERRY,

Respondent.

# JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Petitioner's Petition for a writ of habeas corpus, (ECF No. 1), filed March 01, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal; Order Denying Certificate of Appealability; Order Certifying Appeal Not Taken in Good Faith; and Order Denying Leave to Proceed *In Forma Pauperis* on Appeal, docketed March 31, 2022, (ECF No. 29), settling this matter between the parties and dismissing all claims against Respondent with prejudice, all claims against Respondent are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

DATE: March 31, 2022